**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01122-LTB-MJW

LOUIS MAYFIELD,

        Plaintiff,

v.

TIM HAND, Deputy Director (CBOP), and
JOHN SUTHERS, Colorado Attorney General,

        Defendants.

---

## ORDER

---

       This case is before me on the recommendation of the Magistrate Judge issued and served on June 17, 2008 (Doc 16).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

       ORDERED that the recommendation is accepted and this action is DISMISSED.

                    BY THE COURT:


                      s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   July 11, 2008